CFN: 20240143396 BOOK 34105 PAGE 2561
DATE:02/23/2024  11:55:53 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20687

UNITED STATES OF AMERICA,

      Plaintiff,

v.

REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE,
UNIT 1616, BAL HARBOUR, FLORIDA 33154; and

REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE,
UNIT 1617, BAL HARBOUR, FLORIDA 33154.

      Defendants *in rem*.
_____/

## NOTICE OF LIS PENDENS

GRANTEE(S):  1616 COLLINS LLC

TO:  ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on February 22, 2024, the United States of America filed a Verified Complaint for Forfeiture *In Rem* accompanying in the United States District Court for the Southern District of Florida in the above-captioned case.

Pursuant to 18 U.S.C. § 981 (a)(1)(A,C) the United States of America is seeking to forfeit the real property located **at 10295 Collins Avenue, unit 1616, BAL HARBOUR, FLORIDA 33154,** and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Units 1616 and 1617, of 10295 COLLINS AVENUE HOTEL CONDOMINIUM, a condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 26093, Page 3225, of the Public Records of Miami-Dade County, Florida.
> Address: 10295 Collins Avenue, Units 1616 and 1617, Bal Harbour, Florida 33154

Folio No. 12-2226-046-1230

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

      Respectfully submitted,

      **MARKENZY LAPOINTE**
      **UNITED STATES ATTORNEY**

By: *[signature]*

Marx P. Calderón
Assistant United States Attorney
Court ID No. A5502700
U.S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, FL 33132-2111
Telephone: (305) 961-9036
E-mail: Marx.Calderon@usdoj.gov