UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT <br> 10295 COLLINS AVENUE <br> UNIT 1616, BAL HARBOUR, FLORIDA 33154; <br><br> and <br><br> REAL PROPERTY LOCATED AT <br> 10295 COLLINS AVENUE, <br> UNIT 1617, BAL HARBOUR, FLORIDA 33154. <br><br> Defendants *in rem*. | Case No. 24-cv-20687 (DSL) |

## VERIFIED CLAIM AND STATEMENT OF INTEREST IN DEFENDANT PROPERTIES OF RENATA PEREVALOVA

Pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and upon the attached and incorporated verification made a part hereof, Renata Perevalova ("Perevalova"), an individual, citizen of the United States and Russia, hereby makes this claim upon, and asserts an ownership interest in, the following properties ("Properties") identified as defendants *in rem* in the above-captioned case:

1) Real Property Located at 10295 Collins Avenue, Unit 1616, Bal Harbour, Florida 33154 ("Unit 1616 Property"); and

2) Real Property Located at 10295 Collins Avenue, Unit 1617, Bal Harbour, Florida 33154 ("Unit 1617 Property").

**Background**

1. Perevalova is a citizen of the United States and Russia who currently resides in Russia.

2. Perevalova is not identified on the United States Department of the Treasury's Office of Foreign Assets Control's List of Specially Designated Nationals and Blocked Persons ("SDN List").

3. Perevalova is the ultimate beneficial owner of 1616 Collins LLC, which owns the Properties.

**Interests in Contested Properties**

4. During this proceeding, Perevalova intends to demonstrate her valid claim to, and right, title, and interest in, the Properties. Perevalova asserts an ownership interest in the Properties and denies that these Properties constitute or were derived from proceeds traceable to any offenses in violation of the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. § 1701 *et seq.*; that these Properties were involved in transactions or attempted transactions in a conspiracy to commit an offense in violation of 18 U.S.C. §§ 1956 or 1957, or constitute property traceable to such property; or that these Properties were involved in the promotion of money laundering in violation of 18 U.S.C. § 981(a)(1)(A).

    A.    **Unit 1616 Property**

5. Perevalova asserts a claim to the Unit 1616 Property identified as a defendant *in rem* in the instant action.

6. Perevalova is the ultimate beneficial owner of 1616 Collins LLC, which is the owner of the Unit 1616 Property. Through her ownership interest in 1616 Collins LLC, Perevalova retains an ultimate beneficial ownership interest in the Unit 1616 Property.

7. As the ultimate beneficial owner of the Unit 1616 Property, Perevalova has right and title to the Unit 1616 Property which is a subject of this forfeiture action.

**B. Unit 1617 Property**

8. Perevalova asserts a claim to the Unit 1617 Property identified as a defendant *in rem* in the instant action.

9. Perevalova is the ultimate beneficial owner of 1616 Collins LLC, which is the owner of the Unit 1617 Property. Through her ownership interest in 1616 Collins LLC, Perevalova retains an ultimate beneficial ownership interest in the Unit 1617 Property.

10. As the ultimate beneficial owner of the Unit 1617 Property, Perevalova has right and title to the Unit 1617 Property which is a subject of this forfeiture action.

*****

11. For the reasons stated above, Claimant Perevalova asserts an interest in, and makes claim to, the Properties. Exhibit A—Verification of Renata Perevalova.

Dated: March 28, 2024

Respectfully submitted,

/s/ Marc David Seitles
Fla. Bar No. #0178284
Email: mseitles@seitleslaw.com
Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128

Tel: 305-403-8070
Fax: 305-403-8210