**VERIFICATION**

I, RENATA PEREVALOVA, have read the foregoing Verified Claim and Statement of Interest and verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest in this matter is true and correct.

Executed this 28th of March, 2024.

_____
Renata Perevalova