**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT<br>10295 COLLINS AVENUE<br>UNIT 1616, BAL HARBOUR, FLORIDA 33154;<br><br>and<br><br>REAL PROPERTY LOCATED AT<br>10295 COLLINS AVENUE,<br>UNIT 1617, BAL HARBOUR, FLORIDA 33154.<br><br>Defendants *in rem*.,<br><br>RENATA PEREVALOVA,<br><br>Claimant, | Case No. 24-cv-20687 (DSL) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Claimant Renata Perevalova hereby respectfully moves this Court for an extension of time to file an Answer to the Verified Complaint for Forfeiture *in Rem* ("the Complaint"). On March 28, 2024, Claimant timely filed a Verified Claim and Statement of Interest in Defendant Properties pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Claimant's Answer to the Complaint is due on July 19th, 2024 per Rule G(5)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

As Claimant and Plaintiff have discussed the possibility of a resolution to Claimant's claim to the Defendant Properties identified in the Complaint, Claimant is respectfully requesting that the Court grant a 14-day extension for Claimant to file her answer to the Complaint. Claimant contends that such an extension would help preserve judicial resources as the parties explore opportunities to resolve Claimant's claim to the Defendant Properties short of further litigation. If granted, Claimant's Answer to the Complaint would be due on August 2, 2024.

Claimant has conferred with counsel for Plaintiff, and Plaintiff has indicated their consent to the relief sought by this motion.

Dated: July 16th, 2024

Respectfully submitted,

/s/ Marc David Seitles
Fla. Bar No. #0178284
Email: mseitles@seitleslaw.com
Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: 305-403-8070
Fax: 305-403-8210

/s/Erich C. Ferrari
*Pro Hac Vice*
D.C. Bar: #978253
Email: ferrari@falawpc.com
Ferrari & Associates
1455 Pennsylvania Ave., NW
Suite 400
Washington, DC 20004
Tel: 202-280-6370
Fax: 877-448-4885