**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-20687-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

*Plaintiff*,

*v.*

**REAL PROPERTY LOCATED AT:**
**10295 COLLINS AVENUE, UNIT 1616 and**
**UNIT 1617, BAL HARBOUR, FLORIDA**
**33154,**

*Defendants* in rem.,

**RENATA PEREVALOVA,**

*Claimant.*

_______________________________________/

## ORDER

**THIS CAUSE** is before the Court on Claimant Renata Perevalova's Third Consent Motion for Extension of Time to File an Answer to the Verified Complaint for Forfeiture *in Rem* [ECF No. 25] filed on July 16, 2024. This time, Claimant requests an additional fourteen (14) day extension so the parties can attempt to resolve Claimant's claim to the Defendant Properties short of further litigation. [*Id.*]. That was the same reason given for Claimant's first two thirty (30) day extensions. [*See* ECF Nos. 21, 23]. So far, this Court has given Claimant an additional 60 days to either settle her claims or Answer the Complaint. The Court specifically stated in its prior Order that there would be no more extensions of time granted. [*See* ECF No. 24 at 1]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** the Motion [**ECF No. 25**] is **DENIED.** Claimant must file an Answer to the Verified Complaint [ECF No. 1] **no later than Friday, July 19, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on July 18, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record