# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT<br>10295 COLLINS AVENUE<br>UNIT 1616, BAL HARBOUR, FLORIDA 33154;<br><br>and<br><br>REAL PROPERTY LOCATED AT<br>10295 COLLINS AVENUE,<br>UNIT 1617, BAL HARBOUR, FLORIDA 33154.<br><br>    Defendants *in rem*. | Case No. 24-cv-20687 (DSL) |

## CLAIMANT RENATA PEREVALOVA'S ANSWER TO VERIFIED COMPLAINT

Claimant Renata Perevalova (hereinafter "Perevalova"), through undersigned counsel, hereby submits this Answer to the Verified Complaint for Forfeiture *In Rem* (the "Complaint") as follows. Paragraph numbers refer to the corresponding numbered paragraphs of the Complaint.

1. Paragraph 1 states conclusions of law to which no response is required. To the extent that Paragraph 1 may be read to make allegations of fact against the Defendant Properties, those allegations are denied.

2. Paragraph 2 states a legal conclusion to which no response is required. To the extent a response is required, Claimant admits the allegation.

3. Paragraph 3 states a legal conclusion to which no response is required. To the extent a response is required, Claimant admits the allegation.

4. Paragraph 4 states a legal conclusion to which no response is required.

5. Paragraph 5 states a legal conclusion to which no response is required.

6. Paragraph 6 states a legal conclusion to which no response is required.

7. Paragraph 7 states a legal conclusion to which no response is required.

8. Paragraph 8 states a legal conclusion to which no response is required.

9. Paragraph 9 states a legal conclusion to which no response is required. To the extent that a response is required, Claimant admits the allegations in the first, second, and third sentences of this paragraph, and Claimant denies the allegation in the fourth sentence of this paragraph.

10. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 10.

11. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 11.

12. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 12.

13. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 13.

14. Admitted.

15. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 15.

16. Claimant is without sufficient knowledge to form a belief as the truth or accuracy of the allegations contained in Paragraph 16.

17. Paragraph 17 consists of legal conclusions to which no response is required. To the extent that a response is required, Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 17.

18. Claimant is without sufficient knowledge to form a belief as the truth or accuracy of the allegations contained in Paragraph 18.

19. Paragraph 19 consists of a legal conclusion to which no response is required. To the extent that a response is required, Claimant denies the allegations set forth in this paragraph.

20. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 20.

21. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 21.

22. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 22.

23. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 23.

24. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 24.

25. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 25.

26. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 26.

27. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 27.

28.     The first sentence of Paragraph 28 consists of a legal conclusion to which no response is required. To the extent that a response is required, Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 28.

29.     Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 29.

30.     Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 30.

31.     Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 31.

32.     Paragraph 32 consists of Plaintiff's characterization of WhatsApp text messages and FP&L records, as well as conclusions of law. To the extent that a response is required, Claimant denies the allegations set forth in this paragraph.

33.     Admitted.

34.     Admitted.

35.     Admitted.

36.     Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 36.

37.     Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 37.

38.     Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 38.

39. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 39.

40. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 40.

41. Claimant is without sufficient knowledge to form a belief as to the truth or accuracy of the allegations contained in Paragraph 41.

42. Paragraph 42 consists of legal conclusions to which no response is required. To the extent that a response is required, Claimant denies the allegations set forth in this paragraph.

43. Paragraph 46 consists of legal conclusions to which no response is required.

44. Paragraph 44 consists of a legal conclusion to which no response is required.

45. Paragraph 45 consists of a legal conclusion to which no response is required.

46. Paragraph 46 consists of a legal conclusion to which no response is required.

47. Claimant's responses to paragraphs 1-46 are hereby incorporated by reference as if fully set forth herein.

48. Paragraph 48 consists of legal conclusions to which no response is required. To the extent that a response is required, Claimant denies the allegations set forth in this paragraph.

49. Paragraph 49 consists of a legal conclusion to which no response is required. To the extent that a response is required, Claimant denies the allegation set forth in this paragraph.

50. Claimant's responses to paragraphs 1-46 are hereby incorporated by reference as if fully set forth herein.

51. Paragraph 51 consists of legal conclusions to which no response is required. To the extent that a response is required, Claimant denies the allegations set forth in this paragraph.

52. Paragraph 52 consists of a legal conclusion to which no response is required. To the extent that a response is required, Claimant denies the allegation set forth in this paragraph.

53. Claimant's responses to paragraphs 1-46 are hereby incorporated by reference as if fully set forth herein.

54. Paragraph 54 consists of legal conclusions to which no response is required. To the extent that a response is required, Claimant denies the allegations set forth in this paragraph.

55. Paragraph 55 consists of a legal conclusion to which no response is required. To the extent that a response is required, Claimant denies the allegation set forth in this paragraph.

56. Claimant's responses to paragraphs 1-46 are hereby incorporated by reference as if fully set forth herein.

57. Paragraph 57 consists of legal conclusions to which no response is required. To the extent that a response is required, Claimant denies the allegations set forth in this paragraph.

58. Paragraph 58 consists of a legal conclusion to which no response is required. To the extent that a response is required, Claimant denies the allegation set forth in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

59. Plaintiff fails to state a claim upon which relief cannot be granted.

### SECOND AFFIRMATIVE DEFENSE

60. Claimant, as an innocent owner within the meaning of 18 U.S.C. § 983(d), did not know, or have reason to know, that the Properties were being employed or were likely to be employed in criminal activity.

### THIRD AFFIRMATIVE DEFENSE

61. Claimant acted in good faith at all times relevant to the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

62. Plaintiff cannot obtain a forfeiture judgment because it has not acted in good faith.

## FIFTH AFFIRMATIVE DEFENSE

63. Plaintiff is estopped from obtaining a forfeiture judgment because it obtained the seizure warrant through incorrect, misleading, or incomplete allegations.

## SIXTH AFFIRMATIVE DEFENSE

64. This Court lacks jurisdiction pursuant to IEEPA and E.O. 13685 because the defendants *in rem* are not related to transactions for or on behalf of any persons whose property and interests in property are blocked pursuant to IEEPA and E.O 13685.

## RESERVATION OF RIGHTS

65. Claimant reserves the right to assert additional affirmative defenses or amend these affirmative defenses as discovery warrants.

## DEMAND FOR A JURY TRIAL

Claimant hereby demands a trial by jury of all issues and defenses so triable.

## REQUEST FOR RELIEF

WHEREFORE, Claimant respectfully requests that this Court:

a. Dismiss this Complaint, with prejudice, and enter judgment on behalf of Claimant;

b. Award the Claimant reasonable attorney's fees and costs; and

c. Award the Claimant such other and further relief as the Court deems just and proper.

Dated: July 19, 2024                                         Respectfully submitted,

/s/ Marc David Seitles
Fla. Bar No. #0178284
Email: mseitles@seitleslaw.com
Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: 305-403-8070
Fax: 305-403-8210