UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20687

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE, UNIT 1616, BAL HARBOUR, FLORIDA 33154; and

REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE, UNIT 1617, BAL HARBOUR, FLORIDA 33154,

Defendants *in rem*,

RENATA PEREVALOVA,

Claimant.
_____________________________________________________/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES**

The United States of America, through undersigned counsel, and Claimant Renata Perevalova ("Claimant"), through undersigned counsel (together, "Parties"), hereby file this Joint Motion for Extension of Time to File Joint Scheduling Report and Certificates of Interested Parties ("Joint Motion") in response to this Court's Order entered on July 29, 2024 ("Joint Scheduling Order") (ECF No. 29). The Parties request a 30-day extension, to September 12, 2024, to file the joint scheduling report and certificates of interested parties. In support of this Joint Motion, the Parties provide the following:

1. On February 22, 2024, the United States filed a Verified Complaint for Forfeiture *In Rem* (the "Complaint") against the following real properties, including all buildings, fixtures,

appurtenances, improvements, attachments and easements found therein or thereon (and hereinafter referred to as the "Defendant Properties"):

(i) Real Property located at 10295 Collins Avenue, Unit 1616, Bal Harbour, Florida 33154 ("Unit 1616") and

(ii) Real Property located at 10295 Collins Avenue, Unit 1617, Bal Harbour, Florida 33154 ("Unit 1617").

*See* Complaint, ECF No. 1 ("Civil Forfeiture Action").

2. The Defendant Properties are more fully described as:

> Units 1616 and 1617, of 10295 COLLINS AVENUE HOTEL CONDOMINIUM, a condominium, according to the Declaration of Condominium thereof, as recorded in the Official Records Book 26093, Page 3225, of the Public Records of Miami-Dade County, Florida.
>
> Address: 10295 Collins Avenue, Units 1616 and 1617, Bal Harbour Florida 33154.
>
> PARCEL ID Nos: 12-2226-046-1230 and 12-2226-046-1080.

3. The Complaint alleged that the Defendant Properties are subject to forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) as property that constitute or are derived from proceeds traceable to violations of the International Emergency Economic Powers Act ("IEEPA"), 50 U.S.C. § 1701, *et seq.*, and property involved in money laundering in violation of 18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), and 1957.

4. Direct notice of the *in rem* civil forfeiture action was sent to any person who reasonably appeared to be a potential claimant with legal standing to contest the forfeiture, or such person was on actual notice of the forfeiture. In addition, notice of the civil forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

5. On March 28, 2024, Claimant filed a claim to Defendant Properties, asserting an interest as the purported ultimate beneficial owner of 1616 Collins LLC, the title owner of the Defendant Properties. *See* Claim, ECF No. 11.

6. No other claims or answers have been filed in this action, and pursuant to Rule G(5) of the Supplemental Rules of Certain Admiralty or Maritime Claims and Asset Forfeiture Actions and the Federal Rules of Civil Procedure ("Supplemental Rule G"), the time for filing a claim and answer in this action has passed.

7. Claimant moved to extend the time period to Answer the Complaint on the grounds that the Parties were discussing the possibility of a resolution to this Civil Forfeiture Action. ECF Nos. 14, 21, 23 and 25.

8. On July 19, 2024, Claimant filed its Answer to the Complaint. ECF No. 28.

9. On July 29, 2024, this Court issued an Order requiring a joint scheduling report and certificates of interested parties by August 13, 2024. ECF No. 29.

10. Claimant currently resides in Russian and has Russian counsel. Claimant's counsel Seitles and Ferrari are local counsel for Claimant ("Local Counsel"). Local Counsel's ability to communicate with Claimant and Russian counsel about the complexities of this Civil Forfeiture Action have been delayed because of their location and tumultuous situation in Russia.

11. Local Counsel Ferrari, who was specifically retained for this Civil Forfeiture Action, will be withdrawing from this case and Claimant needs additional time to retain new local forfeiture counsel.

12. A 30-day extension will permit further communication between Claimant and Local Counsel and allow Claimant additional time to retain forfeiture counsel.

13. In addition, the Parties continue to discuss the possibility of resolution of this matter in good faith. This motion is not intended to unduly delay the forfeiture proceedings.

WHEREFORE, the Parties file this Joint Motion for Extension of Time to File Joint Scheduling Report and Certificates of Interested Parties, requesting that such be filed by September 12, 2024

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By: */s/ Marx P. Calderón*
*Marx P. Calderón*
Assistant United States Attorney
Court ID No. A5502700
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9036
E-mail: Marx.Calderon@usdoj.gov

*Counsel for the United States of America*

Respectfully submitted,

*/s/ Marc David Seitles*
Fla. Bar No. #0178284
Email: mseitles@seitleslaw.com
Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: 305-403-8070
Fax: 305-403-8210

*Counsel for Claimant*