UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT<br>10295 COLLINS AVENUE<br>UNIT 1616, BAL HARBOUR, FLORIDA 33154;<br><br>and<br><br>REAL PROPERTY LOCATED AT<br>10295 COLLINS AVENUE,<br>UNIT 1617, BAL HARBOUR, FLORIDA 33154.<br><br>Defendants *in rem*. | Case No. 24-cv-20687 (DSL) |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY**

Pursuant to Local Rule 11.1(d)(3), Erich C. Ferrari respectfully moves this Court to permit him to withdraw as counsel for Claimant Renata Perevalova and states:

1. Attorney Erich C. Ferrari wishes to withdraw as counsel to Claimant Renata Perevalova.

2. Attorney Marc David Seitles, of the firm Seitles & Litwin, P.A., who is admitted to this Court, has appeared as counsel for Claimant Renata Perevalova in this matter. Mr. Seitles' current mailing address is Seitles & Litwin, P.A., Courthouse Center, 40 N.W. 3rd Street, Penthouse One, Miami, FL 33128.

3. Undersigned counsel is not filing this instant motion to hinder or delay this matter or to otherwise prejudice any party hereto.

4. Claimant Renata Perevalova has consented to this motion for withdrawal, and has received notice from undersigned counsel directly, and through co-counsel, Mr. Seitles, consistent with Local Rule 11.1(d)(3).

5. Pursuant to Local Rule 7.1(a)(3), undersigned counsel sent a draft of this motion to Plaintiff's counsel. Plaintiff's counsel does not oppose the relief sought herein.

WHEREFORE, based on the foregoing, Erich C. Ferrari respectfully requests that this Court enter an Order allowing him to withdraw as counsel of record for this matter.

Dated: August 14, 2024

Respectfully submitted,

/s/Erich C. Ferrari
*Pro Hac Vice*
D.C. Bar: #978253
Email: ferrari@falawpc.com
Ferrari & Associates
1455 Pennsylvania Ave., NW
Suite 400
Washington, DC 20004
Tel: 202-280-6370
Fax: 877-448-4885