DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

**LICENSE No. UKRAINE-EO13685-2024-1241527-1**

**UKRAINE-RELATED SANCTIONS REGULATIONS**

**LICENSE**

(Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Executive Orders 13660, 13661, 13662, and 13685, and 31 C.F.R. Parts 501 and 589.)

**To: U.S. Department of Justice**
**U.S. Attorney's Office for the Southern District of Florida**
**99 N.E. 4th St.**
**Miami, FL 33132**
**Attn: Marx P. Calderón, AUSA**

**1**. Based upon the request dated **June 21, 2024**, to the Office of Foreign Assets Control (the "Application"), the transactions and activities described herein are hereby authorized.

**2.** This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any authorities cited above.

**3.** This License **expires on the earlier of completion of the authorized transactions or on August 30, 2025** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation it may be declared void from the date of its issuance or from any other date.

**4.** This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

**5.** This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By Mary P. Rasmussen — Digitally signed by Mary P. Rasmussen Date: 2024.08.23 15:30:11 -04'00'

**Mary Patricia Rasmussen**
**Deputy Assistant Director for Licensing**

**[Attention is directed to, *inter alia*, 18 U.S.C. § 1001 and 50 U.S.C. § 1705 for provisions relating to penalties.]**

**SECTION 1 – AUTHORIZATION**: **(a)** Subject to the conditions and limitations stated herein, and to the extent authorization is required, the U.S. Department of Justice and the U.S. Marshal Service, and their agents, employees, contractors and subcontractors (the "Licensees") are hereby authorized to engage in all transactions ordinarily incident and necessary to transact in and maintain units 1616 and 1617 located within 10295 Collins Avenue, Bal Harbour, FL 33154 (the "Properties"), owned by Viktor Perevalov, a person designated by the Office of Foreign Assets Control pursuant to Ukraine-Related Sanctions Regulations, 31 C.F.R. Part 589, as described in the Application.

**(b)** Subject to the terms and limitations stated herein, and to the extent authorization is required, the Licensees are hereby authorized to engage in all transactions ordinarily incident and necessary to effect an interlocutory sale of the Properties to LK Hotel LLC, of Florida, purusant to the civil complaint for forfeiture in rem (Case No. 1:24-cv-206876 (S.D.Fla), as permitted by a U.S. Court, to preserve the value of the Properties during the civil forfeiture process, as described in the Application.

**SECTION 2 – CONDITIONS:** The Licensees shall provide a copy of this License to all U.S. person entities and U.S.-owned or -controlled foreign entities involved in the activities authorized in **SECTION 1** hereof.

**SECTION 3 – WARNINGS**: **(a)** Except as authorized in **SECTION 1(b)** hereof, this License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order, statute, or 31 C.F.R. Chapter V.

**(b)** Except as authorized by **SECTION 1** hereof, this License does not authorize transactions prohibited by any Executive order or by any laws and regulations administered by the Office of Foreign Assets Control, including the Ukraine-Related Sanctions Regulations, 31 C.F.R. Part 589.

**SECTION 4 – RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensee is subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

**SECTION 5 – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*****************************************************************************