**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-20687-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

*Plaintiff*,

*v.*

**REAL PROPERTY LOCATED AT:**
**10295 COLLINS AVENUE, UNIT 1616 and**
**UNIT 1617, BAL HARBOUR, FLORIDA**
**33154,**

*Defendants* in rem.,

**RENATA PEREVALOVA,**

*Claimant.*

_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Second Extension of Time to File Joint Scheduling Report and Certificates of Interested Parties [ECF No. 36] (the "Motion"), filed on September 10, 2024. Once again, the parties ask for more time to file the court-ordered papers—up until October 28, 2024—so they can "focus on settlement efforts, rather than litigation." [*Id.* ¶ 12]. While the Court understands that, given the posture of the case, setting a schedule at this juncture may not be the best use of judicial and party resources, the purpose of the Certificates of Interested Parties is to apprise the Court early on as to whether a conflict exists that would prevent this Court from adjudicating the case. Plaintiff filed a Verified Complaint on February 22, 2024 [ECF No. 1]. More than six months later, the parties have failed to disclose or certify what, if any, interests exist that might bear on these proceedings.

Accordingly, and upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 36**] is **GRANTED IN PART** and **DENIED IN PART**.

2. The parties must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party **no later than September 24, 2024.**

3. The parties must file a Joint Scheduling Report **no later than October 22, 2024. No further extensions will be permitted.**

**DONE AND ORDERED** in the Southern District of Florida on September 10, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record