**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-20687-LEIBOWITZ/AUGUSTIN-BIRCH**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE, UNIT 1616, BAL HARBOUR, FLORIDA 33154; and**

**REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE, UNIT 1617, BAL HARBOUR, FLORIDA 33154,**

**Defendants *in rem*,**

**RENATA PEREVALOVA,**

**Claimant.**
_______________________________________________/

# NOTICE ON RESOLUTION OF CLAIM

The United States of America, through counsel, and Claimant Renata Perevalova ("Claimant"), through counsel (together, the "Parties"), hereby notify the Court that they have resolved Claimant's claim as to the real properties located at 10295 Collins Avenue, Units 1616 and 1617, Bal Harbour, Florida 33154 ("Defendant Assets").

Claimant has agreed to withdraw her claim [ECF No. 11] and answer [ECF No. 28]. She will formally file that withdrawal within seven days.

Following Claimant's withdrawal of her claim and answer, the United States will seek a default judgment. On September 10, 2024, the Court approved the interlocutory sale of the Defendant Assets. *See* Order, ECF No. 37; *see also* Stipulation, ECF No. 34-1. After the sale, "[t]he Net Proceeds of the sale shall be retained by the U.S. Marshals Service as a substitute *res*

pending the outcome of the Civil Forfeiture Action." Stipulation ¶ 18. The interlocutory sale is scheduled to close on or before November 16, 2024. Once the sale proceeds are in United States custody as a substitute *res*, the United States will begin the default-judgment process by moving for a Clerk's entry of default against those proceeds, pursuant to Federal Rule of Civil Procedure 55(a) and Local Admiralty and Maritime Rule C(8).

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By. *<u>/s/ Joshua Paster</u>*
Marx P. Calderón
Court ID No. A5502700
Joshua Paster
Court ID No. A5502616
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Tel.: (305) 961-9036 / (305) 961-9342
Fax: (305) 536-4089
Marx.Calderon@usdoj.gov
joshua.paster@usdoj.gov

*Counsel for United States of America*

**SQUIRE PATTON BOGGS (US) LLP**

By. *<u>/s/ Jonathan R. Weiss</u>*
Jonathan R. Weiss
Florida Bar No. 057904
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Tel.: (305) 577-7000
Fax: (305) 577-7001
jonathan.weiss@squirepb.com

Thomas A. Firestone
*Admitted pro hac vice*
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-5276
Fax: (202) 457-6315
Thomas.Firestone@squirebp.com

Jerrob Duffy
*Admitted pro hac vice*
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-5625
Fax: (202) 457-6315
Jerrob.Duffy@squirebp.com

*Counsel for Renata Perevalova*