**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-20687-LEIBOWITZ/AUGUSTIN-BIRCH**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE, UNIT 1616, BAL HARBOUR, FLORIDA 33154; and**

**REAL PROPERTY LOCATED AT 10295 COLLINS AVENUE, UNIT 1617, BAL HARBOUR, FLORIDA 33154,**

**Defendants *in rem*,**

**RENATA PEREVALOVA,**

**Claimant.**

_______________________________________________/

**NOTICE OF WITHDRAWAL OF CLAIM AND ANSWER**

Claimant Renata Perevalova ("Claimant"), through undersigned counsel, hereby notifies the Court of the withdrawal of her claim, filed on March 28, 2024 [ECF No. 11] and answer, filed on July 7, 2024 [ECF No. 28]. Claimant and The United States of America (together, the "Parties") have resolved Claimant's claim as to the real properties located at 10295 Collins Avenue, Units 1616 and 1617, Bal Harbour, Florida 33154 ("Defendant Assets"). Following the parties' resolution of the claim, on October 22, 2024, a stipulated notice of resolution of claim was filed [ECF No. 47].

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

By. */s/ Jonathan R. Weiss*
Jonathan R. Weiss
Florida Bar No. 057904
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Tel.: (305) 577-7000
Fax: (305) 577-7001
jonathan.weiss@squirepb.com

Thomas A. Firestone
*Admitted pro hac vice*
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-5276
Fax: (202) 457-6315
Thomas.Firestone@squirebp.com

Jerrob Duffy
*Admitted pro hac vice*
2550 M Street, NW
Washington, DC 20037
Tel.: (202) 457-5625
Fax: (202) 457-6315
Jerrob.Duffy@squirebp.com

*Counsel for Renata Perevalova*

1102915037\1\AMERICAS